IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
MARC BURNS,                       )
                                  )
     Plaintiff,                   )
                                  )      CIVIL ACTION NO.
     v.                           )       3:17cv636-MHT
                                  )            (WO)
BANK OF AMERICA, N.A. and         )
CARRINGTON MORTGAGE               )
SERVICES, LLC,                    )
                                  )
     Defendants.                  )
```

**JUDGMENT**

Upon consideration of plaintiff Marc Burns's motion to dismiss Carrington Mortgage Services, LLC only (doc. no. 45), it is ORDERED that the motion is granted, and plaintiff Burns's claims against defendant Carrington Mortgage Services, LLC are dismissed with prejudice, with the parties to bear their own costs. Defendant Carrington Mortgage Services, LLC is terminated as a party to this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 15th day of May, 2019.

                                       /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**